Lawrence Verline WILDER, Sr., Plaintiff—Appellant,

v.

Michael CHERTOFF, Secretary of United States Department of Homeland Security; William Bouldin, Chief Administrative Law Judge, United States Merit Systems Protection Board, Northeastern Regional Office, in his official Federal Governmental capacity, Defendants—Appellees.

No. 08–2164.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2009.

Decided: June 10, 2009.

Lawrence Verline Wilder, Sr., Appellant Pro Se. Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order dismissing his Federal Tort Claims Act complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilder v. Chertoff*, No. 1:07–cv–02541–BEL (D.Md. Aug. 14, 2008). Wilder's motions for appointment of counsel and for rehearing and rehearing en banc are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*